# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**280**
**KAH 11-01017**
PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, LINDLEY, AND WHALEN, JJ.

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
HENRY T. SCOTT, PETITIONER-APPELLANT,

V                                                          ORDER

HAROLD GRAHAM, SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

HENRY T. SCOTT, PETITIONER-APPELLANT PRO SE.

-------------------------------------------------------------------------------------------------

        Appeal from a judgment (denominated order and judgment) of the
Supreme Court, Onondaga County (John J. Brunetti, A.J.), entered March
8, 2011 in a habeas corpus proceeding.  The judgment dismissed the
petition.

        It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  March 15, 2013                          Frances E. Cafarell
                                                  Clerk of the Court